

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
                                                          ___ FILED        ___ RECEIVED
                                                          ___ ENTERED      ___ SERVED ON
                                                                    COUNSEL/PARTIES OF RECORD
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   ROGER YANG
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada  89101
   702-388-6336

```
                                                          SEP 25
                                                          CLERK US DISTRICT COURT
                                                            DISTRICT OF NEVADA
                                                          BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
|  | **CRIMINAL INDICTMENT** |
| Plaintiff, | 2:13-cr- 368 |
|  |  |
| vs. | **VIOLATIONS:** |
|  | **Sexual Exploitation of a Child** |
| WILLIAM C. THOMPSON, | 18 U.S.C. § 2251(a); |
|  | **Advertising Child Pornography** |
| Defendant. | 18 U.S.C. § 2251(d) |
|  | **Transportation of Child Pornography** |
|  | 18 U.S.C. § 2252A(a)(1) |
|  | **Distribution of Child Pornography** |
|  | 18 U.S.C. § 2252A(a)(3) |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Sexual Exploitation of a Child

1. From on or about January 2012 to on or about November 20, 2012, in the State and Federal District of Nevada, and elsewhere,

WILLIAM C. THOMPSON,

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in

interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO
Advertising Child Pornography

2. From an unknown date to on or about November 24, 2012, in the State and Federal District of Nevada,

WILLIAM C. THOMPSON,

the defendant herein, did knowingly make and publish, and cause to be made and published, a notice and advertisement offering to exchange, display, distribute and reproduce any visual depiction, where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, and such notice and advertisement was transported using any means and facility of interstate commerce, and was transported in interstate commerce by any means including by computer, in violation of Title 18, United States Code, Section 2251(d)(1)(A).

## COUNT THREE
Distribution of Child Pornography

3. From an unknown date to on or about November 20, 2012, in the State and Federal District of Nevada,

WILLIAM C. THOMPSON,

the defendant herein, did knowingly reproduce any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(3)(A) and (B).

///
///

2

## FORFEITURE ALLEGATION ONE
### Sexual Exploitation of a Child

1. The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251(a):

. . .

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.

2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Proof of residence documents.

3

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2251, 2251(a), and 2253(a)(1).

**FORFEITURE ALLEGATION TWO**
**Sexual Exploitation of a Child**

1. The allegations contained in Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2251(a) or any property traceable to such property:

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.

2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

9. Canon Mark II digital camera. Serial No. 4252102526.

10. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

11. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

12. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

13. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

14. 100 CD's and DVD's.

15. 13 CD's and DVD's.

16. Hitachi DVD Cam. Serial No. 50320241.

17. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

18. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

19. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2251(a) and 2253(a)(3).

## FORFEITURE ALLEGATION THREE
### Advertising Child Pornography

1. The allegations contained in Count Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of the felony offense charged in Count Two of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Section 2251, or any book, magazine, periodical, film, videotape,

6

or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251(d)(1)(A):

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.

2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Proof of residence documents.

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2251, 2251(d)(1)(A), and 2253(a)(1).

## FORFEITURE ALLEGATION FOUR
### Advertising Child Pornography

1. The allegations contained in Count Two of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of the felony offense charged in Count Two of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2251(d)(1)(A) or any property traceable to such property:

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.

2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.

8

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

9. Canon Mark II digital camera. Serial No. 4252102526.

10. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

11. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

12. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

13. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

14. 100 CD's and DVD's.

15. 13 CD's and DVD's.

16. Hitachi DVD Cam. Serial No. 50320241.

17. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

18. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

19. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2251(d)(1)(A) and 2253(a)(3).

# FORFEITURE ALLEGATION FIVE
### Distribution of Child Pornography

1. The allegations contained in Counts Three and Four of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of any felony offenses charged in Counts Three or Four of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A(a)(3)(A) and (B):

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.
2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.
3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.
4. San Disk Card Reader.
5. San Disk 16GB Compact Flash Card.
6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.
7. 2 micro video cassettes.
8. Proof of residence documents.

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2252A, 2252A(a)(3)(A) and (B), and 2253(a)(1).

///

///

///

11

## FORFEITURE ALLEGATION SIX
### Distribution of Child Pornography

1. The allegations contained in Counts Three and Four of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of any felony offenses charged in Counts Three or Four of this Criminal Indictment,

WILLIAM C. THOMPSON,

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Section 2252A(a)(3)(A) or any property traceable to such property:

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1D0MRJQ.

2. Hitachi 2TB external hard drive. Model No. HT0LDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

9. Canon Mark II digital camera. Serial No. 4252102526.

10. Emachines desktop computer. Model No. EL1850. Serial No.

PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1B1MMT.

11. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMC0T0032462.

12. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. S0DFJ1GP107611.

13. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IMEI No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

14. 100 CD's and DVD's.

15. 13 CD's and DVD's.

16. Hitachi DVD Cam. Serial No. 50320241.

17. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

18. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

19. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

All pursuant to Title 18, United States Code, Sections 2252A(a)(3)(A) and 2253(a)(3).

DATED: this 25th day of Sept., 2013
**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*Roger Yang*
ROGER YANG
Assistant United States Attorney

13