PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. 2:13-cr-368 |
| Matter Sealed: ☐ Juvenile  ☑ Other than Juvenile<br>☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added<br>☐ Indictment  ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: WILLIAM C. THOMPSON |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  Las Vegas<br>DISTRICT OF NEVADA  Divisional Office | Address:<br><br>FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD<br>SEP 25<br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |
| Name and Office of Person Furnishing Information on THIS FORM: Melissa Dunlap<br>☐ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (702) 388-6336 | ☐ Interpreter Required  Dialect:<br>Birth Date _____  ☑ Male  ☐ Female  ☐ Alien (if applicable) |
| Name of Asst. U.S. Attorney (if assigned): ROGER YANG | Social Security Number _____ |

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Ken Mead - FBI/METRO

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense _____ County _____

**DEFENDANT**

Issue: ☑ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/2251(a) | Sexual Exploitation of a Child | 1 |
| 4 | 18/2251(d) | Advertising Child Pornography | 2 |
| 4 | 18/2252A(a)(3) | Distribution of Child Pornography | 3 |