UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE **January 22, 2013** TERM. 13-01 | **MINUTES OF COURT** DATE: September 25, 2013 @ 11:00 AM – 11:01 AM |

PRESENT:   The Honorable   Cam Ferenbach   ,   U.S. Magistrate Judge.

DEPUTY CLERK:   Araceli Bareng       REPORTER:   Phyllis Wright

UNITED STATES ATTORNEY:   Adam Flake       COURTROOM:   3D

A roll call of the Grand Jury is taken with **19** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| **2:13-CR-368** | **SEALED (1 DEFENDANT)** | **WARRANT** |
| **2:13-CR-369** | **NATHAN MITCHEL GONZALES** (STATE CUSTODY - CCDC – WRIT FILED) | **WARRANT** |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:13-CR-369** will be held on **Thursday, October 3, 2013 @ 3:00 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D**.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining case will be held at the time of the Initial Appearance.

LANCE S. WILSON, Clerk
United States District Court

/S/ Araceli Bareng

Deputy Clerk