AO 442 (Rev. 01/09) Arrest Warrant

FILED ☑  RECEIVED ☐
ENTERED ☐  SERVED ON ☐
COUNSEL/PARTIES OF RECORD

JAN 2 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

United States of America
v.
**WILLIAM C. THOMPSON**
*Defendant*

Case No. 2:13-cr- 368

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **WILLIAM C. THOMPSON**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18/2251(a) - Sexual Exploitation of a Child
18/2251(d) - Advertising Child Pornography
18/2252A(a)(1) - Transportation of Child Pornography
18/2252A(a)(3) - Distribution of Child Pornography

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

September 25, 2013   Las Vegas, Nevada
DATE

2013 SEP 25  AM 12 41
RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA

### Return

This warrant was received on *(date)* 09/25/13, and the person was arrested on *(date)* 01/28/15
at *(city and state)* Las Vegas, NV

Date: 01/28/15

Arresting officer's signature

Printed name and title