```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
                   COUNSEL/PARTIES OF RECORD

        FEB 11 2015

     CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
District of Nevada
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM C. THOMPSON,<br>DAVID YODER, and<br>ERIC MONSIVAIS,<br><br>　　　　　Defendants. | SUPERSEDING CRIMINAL INDICTMENT<br><br>2:13-cr-00368-JAD-VCF<br><br>**VIOLATIONS:**<br>18 U.S.C. §2252A(g), Child Exploitation Enterprise (Count One); 18 U.S.C. §2251(a); Sexual Exploitation of a Child (Count Two); 18 U.S.C. §2252A(a)(3)(B), Conspiracy to Produce of Child Pornography (Count Three); 18 U.S.C. §2252A(A)(3)(B), Distribution of Child Pornography (Count Four); 18 U.S.C. §2252A(a)(1), Conspiracy to Transport Child Pornography (Count Five); 18 U.S.C. §2253 Criminal Forfeiture |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Child Exploitation Enterprise

Beginning on a date unknown, but in no event later than November of 2011, and continuing up to on or about January 28, 2015, in the State and Federal District of Nevada and elsewhere,

**WILLIAM C. THOMPSON,
DAVID YODER, and
ERIC MONSIVAIS,**

the defendants herein, in concert with others known and unknown to the Grand Jury, engaged in a child exploitation enterprise, that is, the above defendants violated Title 18 U.S.C. § 2252(a)(2) and (a)(4)(B), as part of a series of felony violations constituting three or more separate incidents and involving more than one victim, and committed those offenses in concert with three or more persons, in violation of Title 18, United States Code, Section 2252A(g).

### COUNT TWO
Sexual Exploitation of a Child

From on or about November of 2011, to on or about November 20, 2012, in the State and Federal District of Nevada, and elsewhere,

**WILLIAM C. THOMPSON,**

defendant herein, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and 2251(e).

### COUNT THREE
Conspiracy to Produce Child Pornography

Beginning on a date unknown, but in no event later than November of 2011, and continuing up to on or about January 28, 2015, in the State and Federal District of Nevada and elsewhere,

**WILLIAM C. THOMPSON,**
**DAVID YODER, and**
**ERIC MONSIVAIS,**

the defendants herein, together and with others known and unknown to the Grand Jury, knowingly agreed and conspired to violate Title 18, United States Code, Section 2251(a), in violation of Title 18, United States Code, Section 2251(e).

## COUNT FOUR
Distribution of Child Pornography

From an unknown date to on or about November 20, 2012, in the State and Federal District of Nevada,

**WILLIAM C. THOMPSON,**

defendant herein, did knowingly reproduce any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce; and in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(3) and (b)(1).

## COUNT FIVE
Conspiracy to Distribute Child Pornography

Beginning on a date unknown but in no event later than November of 2011, and continuing up to on or about January 28, 2015, in the State and Federal District of Nevada and elsewhere,

**WILLIAM C. THOMPSON,
DAVID YODER, and
ERIC MONSIVAIS,**

defendants herein, together, and with others known and unknown to the Grand Jury, knowingly agreed and conspired to violate Title 18, United States Code, Section 2252A(a)(3) and (b)(1).

## FORFEITURE ALLEGATION ONE
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1. The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

WILLIAM C. THOMPSON,
DAVID YODER, and
ERIC MONSIVAIS,

defendants herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1), or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1):

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. SlDOMRJQ.

2. Hitachi 2TB external hard drive. Model No. HTOLDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1TB hard drive. Model No. WDlOEADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01Al8002.

7. 2 micro video cassettes.

8. Proof of residence documents.

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HElBIMMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMCOT0032462.

4

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. SODFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD1OO. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

21. A Black HP laptop model, g6-2237us. Serial#5CD2490UMC.

22. A Toshiba Satellite C655D-S5209 laptop, serial #7B231863Q.

23. A Toshiba Satellite C55D-A5304 laptop, serial #YDZ808Z4Q.

24. A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, serial #NA4K688Y.

25. An Apple iPhone in black case, model number A1332.

26. An Apple iPhone without a case, model number A1387.

27. A black Samsung cellular flip phone, model SPH-M270.

28. A black digital Canon EOS camera, serial #3211600699 model DS126201.

29. A Cannon Rebel XST camera, model number DS126181, serial #0670215963, containing one 2 GB SD card.

30. A Nikon D700 digital camera, serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB.

31. An Apple iPhone, FCC ID: BCG-E2422A.

32. An Apple iPhone, FCC ID: BCG-E2430A.

33. A Toshiba External Drive, Serial number: 23EAPV0ZTRE8.

34. Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(1).

## FORFEITURE ALLEGATION TWO
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1. The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(2).

2. Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,
DAVID YODER, and
ERIC MONSIVAIS,**

defendants herein, shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1) ("property").

3. If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(2), as a result of any act or omission of the defendant(s) –

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendants for the property listed above.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(2).

## FORFEITURE ALLEGATION THREE
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1. The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**
**DAVID YODER, and**
**ERIC MONSIVAIS,**

defendants herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1) or any property traceable to such property:

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. SIDOMRJQ.

2. Hitachi 2TB external hard drive. Model No. HTOLDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital1 TB hard drive. Model No. WD1OEADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5.  San Disk 16GB Compact Flash Card.

6.  Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7.  2 micro video cassettes.

8.  Proof of residence documents.

9.  Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1BIMMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No. WMCOT0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. SODFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD100. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

21. A Black HP laptop model, g6-2237us. Serial#5CD2490UMC.

22. A Toshiba Satellite C655D-S5209 laptop, serial #7B231863Q.

23. A Toshiba Satellite C55D-A5304 laptop, serial #YDZ808Z4Q.

24. A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, serial #NA4K688Y.

25. An Apple iPhone in black case, model number A1332.

26. An Apple iPhone without a case, model number A1387.

27. A black Samsung cellular flip phone, model SPH-M270.

28. A black digital Canon EOS camera, serial #3211600699 model DS126201.

29. A Cannon Rebel XST camera, model number DS126181, serial #0670215963, containing one 2 GB SD card.

30. A Nikon D700 digital camera, serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB.

31. An Apple iPhone, FCC ID: BCG-E2422A.

32. An Apple iPhone, FCC ID: BCG-E2430A.

33. A Toshiba External Drive, Serial number: 23EAPV0ZTRE8.

34. Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(3).

## FORFEITURE ALLEGATION FOUR
Sexual Exploitation of a Child and Distribution of Child Pornography

1. The allegations contained in Counts Two and Four of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2. Upon conviction of any of the felony offenses charged in Counts Two and Four of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251(a) and 2252A(a)(3)(A) and (B), or any book, magazine,

9

periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(3)(A) and (B):

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. S1DOMRJQ.

2. Hitachi 2TB external hard drive. Model No. HTOLDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital1 TB hard drive. Model No. WD1OEADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01A18002.

7. 2 micro video cassettes.

8. Proof of residence documents.

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HE1BIMMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No.WMCOT0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. SODFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD1OO. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

21. A Black HP laptop model, g6-2237us. Serial#5CD2490UMC.

22. A Toshiba Satellite C655D-S5209 laptop, serial #7B231863Q.

23. A Toshiba Satellite C55D-A5304 laptop, serial #YDZ808Z4Q.

24. A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, serial #NA4K688Y.

25. An Apple iPhone in black case, model number A1332.

26. An Apple iPhone without a case, model number A1387.

27. A black Samsung cellular flip phone, model SPH-M270.

28. A black digital Canon EOS camera, serial #3211600699 model DS126201.

29. A Cannon Rebel XST camera, model number DS126181, serial #0670215963, containing one 2 GB SD card.

30. A Nikon D700 digital camera, serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB.

31. An Apple iPhone, FCC ID: BCG-E2422A.

32. An Apple iPhone, FCC ID: BCG-E2430A.

33. A Toshiba External Drive, Serial number: 23EAPV0ZTRE8.

34. Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a), 2252A(a)(3)(A) and (B), and 2253(a)(1).

# FORFEITURE ALLEGATION FIVE
Sexual Exploitation of a Child and Distribution of Child Pornography

1. The allegations contained in Counts Two and Four of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts Two and Four of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2251(a) and 2252A(a)(3)(A) and (B) or any property traceable to such property:

1. Dell computer tower. Model No. Vostro 400. Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive. Model No. ST1000DM003. Serial No. SIDOMRJQ.

2. Hitachi 2TB external hard drive. Model No. HTOLDNB20001BBB. Serial No. F31G2NXD.

3. Western Digital 1 TB hard drive. Model No. WD10EADS. Serial No. WCAV5M930266.

4. San Disk Card Reader.

5. San Disk 16GB Compact Flash Card.

6. Panasonic Video Camera. Model No. SDR-H85P. Serial No. J01Al8002.

7. 2 micro video cassettes.

8. Proof of residence documents.

9. Compaq Presario laptop computer. Model No. CQ57. Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive. Model No. ST9320325AS. Serial No. 6VDFR10V.

10. Canon Mark II digital camera. Serial No. 4252102526.

11. Emachines desktop computer. Model No. EL1850. Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive. Model No. HDS721050CLA362. Serial No. HElBIMMT.

12. Gateway desktop computer. Model No. DX4860-UB33P. Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive. Model No. WD10EARX. Serial No.WMCOT0032462.

13. Compaq Presario desktop computer. Model No. SR5034X. Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive. Model No. HD160JJ/P. Serial No. SODFJ1GP107611.

14. Apple IPhone 4S. Model No. A1387. Serial No. CBPH20MGDTDW. IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F.

15. 100 CD's and DVD's.

16. 13 CD's and DVD's.

17. Hitachi DVD Cam. Serial No. 50320241.

18. Sony Digital Camera. Model No. MVC-FD1OO. Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory.

19. Kodak digital camera. Model No. Easyshare Z710. Serial No. KCXGG64336528.

20. Kodak digital camera. Model No. Z981. Serial No. KVYMN02061276.

21. A Black HP laptop model, g6-2237us. Serial#5CD2490UMC.

22. A Toshiba Satellite C655D-S5209 laptop, serial #7B231863Q.

23. A Toshiba Satellite C55D-A5304 laptop, serial #YDZ808Z4Q.

24. A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, serial #NA4K688Y.

25. An Apple iPhone in black case, model number A1332.

26. An Apple iPhone without a case, model number A1387.

27. A black Samsung cellular flip phone, model SPH-M270.

28. A black digital Canon EOS camera, serial #3211600699 model DS126201.

29. A Cannon Rebel XST camera, model number DS126181, serial #0670215963, containing one 2 GB SD card.

30. A Nikon D700 digital camera, serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB.

| | | |
|---|---|---|
| 1 | 31. | An Apple iPhone, FCC ID: BCG-E2422A. |
| 2 | 32. | An Apple iPhone, FCC ID: BCG-E2430A. |
| 3 | 33. | A Toshiba External Drive, Serial number: 23EAPV0ZTRE8. |
| 4 | 34. | Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A. |

All pursuant to Title 18, United States Code, Sections 2251(a), 2252A(a)(3)(A) and (B), and 2253(a)(3).

**DATED:** this 11th day of February, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

LISA C. CARTIER GIROUX
Assistant United States Attorney