X FILED ___ RECEIVED
___ ___ SERVED ON
COUNSEL/PARTIES OF RECORD

February 11, 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL        )       **MINUTES OF COURT**
REPORTS OF THE REGULAR GRAND JURY   )
THE  January 7, 2015  TERM 15-01.   )       DATE: February 11, 2015,
                                    )              at 1:37 - 1:39 p.m.

PRESENT: The Honorable          CARL W. HOFFMAN         , United States Magistrate Judge

DEPUTY CLERK:  Alana Kamaka         REPORTER:   Glorious Fealing    COURTROOM:   3C
ASSISTANT UNITED STATES ATTORNEY:  Robert Knief

PROCEEDINGS:

Roll call of the Regular Grand Jury is taken with **23** members present which constitutes a quorum. The foreman/forewoman of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are **-2-** sealed indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| Case | Defendant | Status |
|---|---|---|
| **2:15-cr-042** | **SEALED (1 Defendant)** | **WARRANT** |
| **2:15-cr-043** | **SEALED (1 Defendant)** | **WARRANT** |
| **2:13-cr-368-JAD-VCF** *Superseding* | **WILLIAM C. THOMPSON** | **LOCAL FEDERAL CUSTODY** |
| | **DAVID YODER** | **WARRANT** |
| | **ERIC MONSIVAIS** | **WARRANT** |
| **2:15-CR-044** *2:14-mj-747-VCF; 2:14-mj-748-VCF* | **THEREN PHILLIP FRAZIER** | **LOCAL FEDERAL CUSTODY** |
| **2:15-cr-045** | **FRANCISCO SEGURA-GALVAN** | **WARRANT** |
| **2:15-cr-046** | **JOSE JUAN PALAFOX-RODRIGUEZ** **Aka Cesar Romero-Rodriguez** | **WARRANT** |

**IT IS ORDERED** that the Arraignment and Plea as to **2:13-cr-368-JAD-VCF (Defendant William C. Thompson); and 2:15-cr-044 (Defendant Theren Phillip Frazier)**, is set for Thursday, February 19, 2015, at 3:00 p.m., in Courtroom 3A, before Magistrate Judge George Foley, Jr.

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining defendants will be held at the time of the Initial Appearance.

                                        LANCE S. WILSON, Clerk
                                        United States District Court


                                        By   /s/ Alana Kamaka
                                             Deputy Clerk