1 | DANIEL G. BOGDEN
United States Attorney
2 | Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
3 | Assistant United States Attorney
Lloyd D. George United States Courthouse
4 | 333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
5 | Telephone: (702) 388-6336
Facsimile: (702) 388-6787
6 | Counsel for Plaintiff

7

8

9

10 | **UNITED STATES DISTRICT COURT**

11 | **DISTRICT OF NEVADA**

12 | UNITED STATES OF AMERICA,                )
                                            )
13 |                     Plaintiff,          )
                                            )
14 |          v.                             )   2:13-CR-368-JAD-(VCF)
                                            )
15 | WILLIAM C. THOMPSON,                    )
DAVID YODER, and                            )
16 | ERIC MONSIVAIS,                         )
                                            )
17 |                     Defendants.         )

18 | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

19 | The United States of America, by and through Daniel G. Bogden, United States Attorney for the

20 | District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, hereby files the

21 | following Bill of Particulars for Forfeiture of Property.

22 | This Bill of Particulars for Forfeiture of Property is a clarification of, and is more specific than,

23 | the Forfeiture Allegations of the Superseding Criminal Indictment, and the United States hereby gives

24 | notice to the defendants of this clarification and specificity with this Bill of Particulars concerning the

25 | forfeiture of property:

26 | . . .

**FORFEITURE ALLEGATION ONE**
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1.    The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2.    Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**
**DAVID YODER, and**
**ERIC MONSIVAIS,**

defendants herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1), or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1):

1.    Dell computer tower, Model No. Vostro 400, Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive, Model No. ST1000DM003, Serial No. SlDOMRJQ;

2.    Hitachi 2TB external hard drive, Model No. HTOLDNB20001BBB, Serial No. F31G2NXD;

3.    Western Digital 1TB hard drive, Model No. WD10EADS, Serial No.WCAV5M930266.

4.    San Disk Card Reader;

5.    San Disk 16GB Compact Flash Card;

6.    Panasonic Video Camera, Model No. SDR-H85P, Serial No. J01Al8002;

7.    2 micro video cassettes;

8.    Proof of residence documents;

/ / /

9.      Compaq Presario laptop computer, Model No. CQ57, Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive, Model No. ST9320325AS, Serial No. 6VDFR10V;

10.     Canon Mark II digital camera, Serial No. 4252102526;

11.     Emachines desktop computer, Model No. EL1850, Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive, Model No. HDS721050CLA362, Serial No. HElBIMMT;

12.     Gateway desktop computer, Model No. DX4860-UB33P, Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive, Model No. WD10EARX, Serial No.WMCOT0032462;

13.     Compaq Presario desktop computer, Model No. SR5034X, Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive, Model No. HD160JJ/P, Serial No. SODFJ1GP107611;

14.     Apple IPhone 4S, Model No. Al387, Serial No. CBPH20MGDTDW, IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F;

15.     100 CD's and DVD's;

16.     13 CD's and DVD's;

17.     Hitachi DVD Cam, Serial No. 50320241;

18.     Sony Digital Camera, Model No. MVC-FD100, Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory;

19.     Kodak digital camera, Model No. Easyshare Z710, Serial No. KCXGG64336528;

20.     Kodak digital camera, Model No. Z981, Serial No. KVYMN02061276;

21.     A Black HP laptop model, G6-2237US, Serial#5CD2490UMC;

22.     A Toshiba Satellite C655D-S5209 laptop, Serial #7B231863Q;

23.     A Toshiba Satellite C55D-A5304 laptop, Serial #YD280824Q;

24.     A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, Serial #NA4K688Y;

25.     An Apple iPhone in black case, model number A1332;

26.     An Apple iPhone without a case, model number A1387;

3

27.   A black Samsung cellular flip phone, model SPH-M270;

28.    A black digital Canon EOS camera, Serial #3211600699, Model DS126201;

29.   A Cannon Rebel XSi camera, model number DS126181, Serial #0670215963, containing one 2 GB SD card;

30.    A Nikon D700 digital camera, Serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB;

31.   An Apple iPhone, FCC ID: BCG-E2422A;

32.   An Apple iPhone, FCC ID: BCG-E2430A;

33.   A Toshiba External Drive, Serial number:  23EAPV0ZTRE8; and

34.   Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(1).

**FORFEITURE ALLEGATION TWO**
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1.   The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(2).

2.  Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**
**DAVID YODER, and**
**ERIC MONSIVAIS,**

/ / /

4

defendants herein, shall forfeit to the United States of America, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from violations of Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1) ("property").

3. If any property being subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(2), as a result of any act or omission of the defendants –

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with, a third party;

     c. has been placed beyond the jurisdiction of the court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any properties of the defendants for the property listed above.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(2).

### FORFEITURE ALLEGATION THREE
Child Exploitation Enterprise; Conspiracy to Produce Child Pornography;
Conspiracy to Distribute Child Pornography

1. The allegations contained in Counts One, Three, and Five of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts One, Three, and Five of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**
**DAVID YODER, and**
**ERIC MONSIVAIS,**

defendants herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections

2251(a) and (e), 2252(a)(2) and (a)(4)(B), and 2252A(a)(3) and (b)(1) or any property traceable to such property:

1.  Dell computer tower, Model No. Vostro 400, Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive, Model No. ST1000DM003, Serial No. SlDOMRJQ;

2.  Hitachi 2TB external hard drive, Model No. HTOLDNB20001BBB, Serial No. F31G2NXD;

3.  Western Digital 1TB hard drive, Model No. WD10EADS, Serial No.WCAV5M930266.

4.  San Disk Card Reader;

5.  San Disk 16GB Compact Flash Card;

6.  Panasonic Video Camera, Model No. SDR-H85P, Serial No. J01Al8002;

7.  2 micro video cassettes;

8.  Proof of residence documents;

9.  Compaq Presario laptop computer, Model No. CQ57, Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive, Model No. ST9320325AS, Serial No. 6VDFR10V;

10.  Canon Mark II digital camera, Serial No. 4252102526;

11.  Emachines desktop computer, Model No. EL1850, Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive, Model No. HDS721050CLA362, Serial No. HElBIMMT;

12.  Gateway desktop computer, Model No. DX4860-UB33P, Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive, Model No. WD10EARX, Serial No.WMCOT0032462;

13.  Compaq Presario desktop computer, Model No. SR5034X, Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive, Model No. HD160JJ/P, Serial No. SODFJ1GP107611;

14.  Apple IPhone 4S, Model No. Al387, Serial No. CBPH20MGDTDW, IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F;

15.  100 CD's and DVD's;

16.  13 CD's and DVD's;

6

17.    Hitachi DVD Cam, Serial No. 50320241;

18.    Sony Digital Camera, Model No. MVC-FD100, Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory;

19.    Kodak digital camera, Model No. Easyshare Z710, Serial No. KCXGG64336528;

20.    Kodak digital camera, Model No. Z981, Serial No. KVYMN02061276;

21.    A Black HP laptop model, G6-2237US, Serial#5CD2490UMC;

22.    A Toshiba Satellite C655D-S5209 laptop, Serial #7B231863Q;

23.    A Toshiba Satellite C55D-A5304 laptop, Serial #YD280824Q;

24.    A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, Serial #NA4K688Y;

25.    An Apple iPhone in black case, model number A1332;

26.    An Apple iPhone without a case, model number A1387;

27.    A black Samsung cellular flip phone, model SPH-M270;

28.     A black digital Canon EOS camera, Serial #3211600699, Model DS126201;

29.    A Cannon Rebel XSi camera, model number DS126181, Serial #0670215963, containing one 2 GB SD card;

30.     A Nikon D700 digital camera, Serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB;

31.    An Apple iPhone, FCC ID: BCG-E2422A;

32.    An Apple iPhone, FCC ID: BCG-E2430A;

33.    A Toshiba External Drive, Serial number:  23EAPV0ZTRE8; and

34.    Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a) and (e), 2252(a)(2) and (a)(4)(B), 2252A(a)(3) and (b)(1), and 2253(a)(3).

**FORFEITURE ALLEGATION FOUR**
Sexual Exploitation of a Child and Distribution of Child Pornography

1.  The allegations contained in Counts Two and Four of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1).

2.  Upon conviction of any of the felony offenses charged in Counts Two and Four of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**

defendant herein, shall forfeit to the United States of America, any visual depiction described in Title 18, United States Code, Sections 2251(a) and 2252A(a)(3) and (b)(1), or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251(a) and 2252A(a)(3) and (b)(1):

1.  Dell computer tower, Model No. Vostro 400, Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive, Model No. ST1000DM003, Serial No. SlDOMRJQ;

2.  Hitachi 2TB external hard drive, Model No. HTOLDNB20001BBB, Serial No. F31G2NXD;

3.  Western Digital 1TB hard drive, Model No. WD10EADS, Serial No.WCAV5M930266.

4.  San Disk Card Reader;

5.  San Disk 16GB Compact Flash Card;

6.  Panasonic Video Camera, Model No. SDR-H85P, Serial No. J01Al8002;

7.  2 micro video cassettes;

8.  Proof of residence documents;

9.  Compaq Presario laptop computer, Model No. CQ57, Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive, Model No. ST9320325AS, Serial No. 6VDFR10V;

10.     Canon Mark II digital camera, Serial No. 4252102526;

11.     Emachines desktop computer, Model No. EL1850, Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive, Model No. HDS721050CLA362, Serial No. HElBIMMT;

12.     Gateway desktop computer, Model No. DX4860-UB33P, Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive, Model No. WD10EARX, Serial No.WMCOT0032462;

13.     Compaq Presario desktop computer, Model No. SR5034X, Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive, Model No. HD160JJ/P, Serial No. SODFJ1GP107611;

14.     Apple IPhone 4S, Model No. Al387, Serial No. CBPH20MGDTDW, IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F;

15.     100 CD's and DVD's;

16.     13 CD's and DVD's;

17.     Hitachi DVD Cam, Serial No. 50320241;

18.     Sony Digital Camera, Model No. MVC-FD100, Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory;

19.     Kodak digital camera, Model No. Easyshare Z710, Serial No. KCXGG64336528;

20.     Kodak digital camera, Model No. Z981, Serial No. KVYMN02061276;

21.     A Black HP laptop model, G6-2237US, Serial#5CD2490UMC;

22.     A Toshiba Satellite C655D-S5209 laptop, Serial #7B231863Q;

23.     A Toshiba Satellite C55D-A5304 laptop, Serial #YD280824Q;

24.     A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, Serial #NA4K688Y;

25.     An Apple iPhone in black case, model number A1332;

26.     An Apple iPhone without a case, model number A1387;

27.     A black Samsung cellular flip phone, model SPH-M270;

28.      A black digital Canon EOS camera, Serial #3211600699, Model DS126201;

29.  A Cannon Rebel XSi camera, model number DS126181, Serial #0670215963, containing one 2 GB SD card;

30.  A Nikon D700 digital camera, Serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB;

31.  An Apple iPhone, FCC ID: BCG-E2422A;

32.  An Apple iPhone, FCC ID: BCG-E2430A;

33.  A Toshiba External Drive, Serial number:  23EAPV0ZTRE8; and

34.  Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a), 2252A(a)(3) and (b)(1), and 2253(a)(1).

## FORFEITURE ALLEGATION FIVE
Sexual Exploitation of a Child and Distribution of Child Pornography

1. The allegations contained in Counts Two and Four of this Superseding Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2. Upon conviction of any of the felony offenses charged in Counts Two and Four of this Superseding Criminal Indictment,

**WILLIAM C. THOMPSON,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, used or intended to be used to commit or to promote the commission of Title 18, United States Code, Sections 2251(a) and 2252A(a)(3) and (b)(1) or any property traceable to such property:

1.  Dell computer tower, Model No. Vostro 400, Serial No. D2CXRF1. This computer contained a Seagate 1 TB SATA hard drive, Model No. ST1000DM003, Serial No. SlDOMRJQ;

2.  Hitachi 2TB external hard drive, Model No. HTOLDNB20001BBB, Serial No. F31G2NXD;

10

3.    Western Digital 1TB hard drive, Model No. WD10EADS, Serial No.WCAV5M930266.

4.    San Disk Card Reader;

5.    San Disk 16GB Compact Flash Card;

6.    Panasonic Video Camera, Model No. SDR-H85P, Serial No. J01Al8002;

7.    2 micro video cassettes;

8.    Proof of residence documents;

9.    Compaq Presario laptop computer, Model No. CQ57, Serial No. 5CB2174R1P. This laptop contained a Seagate 320GB SATA hard drive, Model No. ST9320325AS, Serial No. 6VDFR10V;

10.   Canon Mark II digital camera, Serial No. 4252102526;

11.   Emachines desktop computer, Model No. EL1850, Serial No. PTNBK02012040038589600. This computer contained a 500GB SATA hard drive, Model No. HDS721050CLA362, Serial No. HElBIMMT;

12.   Gateway desktop computer, Model No. DX4860-UB33P, Serial No. PTGCPP200420400EF66300. This computer contained a Western Digital 1TB SATA hard drive, Model No. WD10EARX, Serial No.WMCOT0032462;

13.   Compaq Presario desktop computer, Model No. SR5034X, Serial No. MXX71406PP. This computer contained a Samsung 160GB SATA hard drive, Model No. HD160JJ/P, Serial No. SODFJ1GP107611;

14.   Apple IPhone 4S, Model No. Al387, Serial No. CBPH20MGDTDW, IME No. 99000110136386. Sprint mini SIM card. No. 8901010008831126638F;

15.   100 CD's and DVD's;

16.   13 CD's and DVD's;

17.   Hitachi DVD Cam, Serial No. 50320241;

18.   Sony Digital Camera, Model No. MVC-FD100, Serial No. 500023. This device has no internal memory, but has media card and a 3.5 inch floppy diskette. The media card has 128MB of memory;

19.   Kodak digital camera, Model No. Easyshare Z710, Serial No. KCXGG64336528;

20.   Kodak digital camera, Model No. Z981, Serial No. KVYMN02061276;

11

21.	A Black HP laptop model, G6-2237US, Serial#5CD2490UMC;

22.	A Toshiba Satellite C655D-S5209 laptop, Serial #7B231863Q;

23.	A Toshiba Satellite C55D-A5304 laptop, Serial #YD280824Q;

24.	A Black Seagate Expansion Desktop Drive, P/N 1D7AP3-500, Serial #NA4K688Y;

25.	An Apple iPhone in black case, model number A1332;

26.	An Apple iPhone without a case, model number A1387;

27.	A black Samsung cellular flip phone, model SPH-M270;

28.	 A black digital Canon EOS camera, Serial #3211600699, Model DS126201;

29.	A Cannon Rebel XSi camera, model number DS126181, Serial #0670215963, containing one 2 GB SD card;

30.	 A Nikon D700 digital camera, Serial #3114091, containing 2 SD cards, (1) 8 GB, (1) 16 GB;

31.	An Apple iPhone, FCC ID: BCG-E2422A;

32.	An Apple iPhone, FCC ID: BCG-E2430A;

33.	A Toshiba External Drive, Serial number:  23EAPV0ZTRE8; and

34.	Any visual depiction or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A.

All pursuant to Title 18, United States Code, Sections 2251(a), 2252A(a)(3) and (b)(1), and 2253(a)(3).

DATED this ___ day of March, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ MICHAEL A. HUMPHREYS
MICHAEL A. HUMPHREYS
Assistant United States Attorney

12

**PROOF OF SERVICE**

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individual was served with a copy of the Bill of Particulars on March 9, 2015, by the below identified method of service:

<u>Electronic Filing</u>

Brenda Wexler
Federal Public Defender
411 E. Bonneville, S 250
Las Vegas, NV 89101
Nancy_vasquez@fd.org
Counsel for William C. Thompson

                              <u>/s/ Mary Stolz</u>
                              Mary Stolz
                              Forfeiture Support Associates Paralegal

13