# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM C. THOMPSON,<br><br>            Defendant. | 2:13-cr-00368-JAD-VCF<br>**MINUTE ORDER** |

Before the court is the Ex-Parte Motion for Status Check to Determine Whether New Counsel Should be Appointed (#39).

IT IS HEREBY ORDERED that a hearing on the Ex-Parte Motion for Status Check to Determine Whether New Counsel Should be Appointed (#39) is scheduled for 3:00 p.m., April 16, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that U.S. Marshal, Steven Carpenter, or another officer from the U.S. Marshal is directed to attend this hearing at 3:00 p.m., April 16, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

The Clerk of Court is directed to deliver a copy of this order to the U.S. Marshal.

DATED this 7th day of April, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE