RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for WILLIAM C. THOMPSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM C. THOMPSON,<br><br>Defendant. | 2:13-CR-368-JAD-VCF<br><br>**UNOPPOSED MOTION TO WITHDRAW MOTION PREVIOUSLY FILED AND VACATE HEARING CURRENTLY SET FOR APRIL 16, 2015** |

COMES NOW, Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, attorney of record for Defendant WILLIAM C. THOMPSON, moves the Court to Withdraw the Motion Previously Filed and Vacate Hearing Currently Set for April 16, 2015.   This Motion is brought before the Court pursuant to all the Pleadings and Papers currently on file in the case, as well as any further representations of counsel of client as the Court may request of the Parties.

DATED April 15, 2015

                                                    RENE L. VALLADARES
                                                    Federal Public Defender

                                        By   /s/ Brenda Weksler
                                            BRENDA WEKSLER
                                            Assistant Federal Public Defender

# UNOPPOSED MOTION TO WITHDRAW MOTION PREVIOUSLY FILED AND VACATE HEARING CURRENTLY SET FOR APRIL 16, 2015

At the request of the undersigned, this Court currently has a hearing scheduled for April 16, 2015 at 3:00 p.m., to determine whether the defendant, William Thompson (Thompson) should be appointed new counsel. Thompson has related to undersigned that he does not want new counsel appointed. As a result, undersigned moves to withdraw the previously filed motion and to vacate the hearing currently set for April 16, 2015 at 3:00 p.m.

DATED April 15, 2015

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By /s/ Brenda Weksler
BRENDA WEKSLER
Assistant Federal Public Defender

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: April 15, 2015

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on April 15, 2015, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW MOTION PREVIOUSLY FILED AND VACATE HEARING CURRENTLY SET FOR APRIL 16, 2015** by electronic service (ECF) to the persons named below:

>DANIEL G. BOGDEN
>United States Attorney
>LISA CARTIER-GIROUX
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

           /s/ Nancy Vasquez, Legal Secretary
           Employee of the Federal Public Defender