# EXHIBIT A

Las Vegas Metropolitan Police Department   Phone (702) 845-1609
ICAC Task Force   Fax (702) 828-0214
400 South Martin Luther King Blvd   E-mail m14286t@lvmpd.com
Las Vegas, NV 89106

# Matt Trafford

| | |
|---|---|
| **Work experience** | July 14, 2012 to Present Las Vegas Metropolitan Police Department assigned to the Internet Crimes Against Children Task Force as an Analyst. |
| | June 14, 2010 to July 13, 2012 Las Vegas Metropolitan Police Department assigned to the Electronic Crimes Task Force as an Analyst in the Computer Forensic Lab. |
| | February 01, 1991 through June 11, 2010   Snohomish County Sheriff's Office 3000 Rockefeller Ave Everett Washington 98201. |
| | May 1991 through 1996,  I was assigned to the patrol division. |
| | January 1997 to November 2003 I was assigned to the General Investigations Unit as a detective investigating Financial Crimes. |
| | January 2000 to November 2003 I worked part time as a Computer Forensic Examiner while investigating Financial Crime cases. |
| | November 2003 I was assigned full time as a Computer Forensic Examiner. |
| | April of 2006 I was assigned also as a Video Forensic Analyst. |
| **Professional memberships** | I'm currently a member of the following associations; |
| | I.A.C.I.S – International Association of Computer Investigative Specialist |
| **Accreditations and licenses** | May 12th 2000, I obtained my Certified Electronic Evidence Collection Specialist through I.A.C.I.S. |
| | On May 8th 2002, I obtained my certification as a Certified Computer Forensic Examiner through I.A.C.I.S. |
| | On March 23rd 2004, I obtained my CompTIA A+ Certified Professional certification |
| | On March 1st 2006, I obtained my re-certification as a Certified Computer Forensic Examiner through I.A.C.I.S. |
| | On 01-12-07 I obtained my certification as a Certified Ethical Hacker through Prometric. |
| | On 12-31-08 I obtained my re-certification as a Certified Computer Forensic Examiner through I.A.C.I.S. |
| | On 07-09-10 I obtained my A.C.E. Accessdata Certified Examiner certification. |
| | On 05-04-11 I obtained my re-certification as a Certified Computer Forensic |

Examiner through I.A.C.I.S.

Oct 2011 Cellebrite Universal Forensic Evidence Device Certification

Nov 2013 Katana Lantern Certified Examiner

On 04-11-14 I obtained my re-certification as a Certified Computer Forensic Examiner through I.A.C.I.S.

**Education**

- 1977 –1978 I attended Bellevue Community College in Bellevue Washington
- 1974- 1977 I attended and graduated from Lake Washington High School in Kirkland Washington

Training

- Feb 1991 – April 1991 Washington State Criminal Justice Training Commission Basic Law Enforcement Training    440 hours
- March 1997  Fraud Investigations Methods  24 hours
- May 1997 Investigations of Computer Crimes  taught by Search – The National Consortium for Justice Information and Statistics  40 hours
- March 1998  ECI & R – Electronic Crimes Investigations 40 hours
- March 1998 Reid Technique of Interviewing and Interrogation  24 hours
- May 2000  I.A.C.I.S  -  International Association of Computer Investigative Specialist  Forensic Computer Examiner Training Program  80 hours
- Oct 2000   Northwest Computer Technology and Crime Analysis 24 hours
- Jan 2001 National White Collar Crime Center Basic Data Recovery and Analysis  36 hours
- June 2002  Access Data Computer Forensics Software Training 24 hours
- Oct 2002 National White Collar Crime Center ADRA- INET training 16 hours
- Feb 2003 National White Collar Crime Center Advanced Data Recovery Analysis Windows NT/2000/XP 32 hours
- Feb 2004 A+ PC Certification Edmonds Community College 72 hours
- July 2004 Technical Aspects of Computer Forensics Investigations Edmonds Community College 80 hours
- July 2005 Access Data Boot Camp Intermediate 32 hours
- Nov 2005 National White Collar Crime Center Cybercop 302-INET Windows Internet Trace Evidence 32 hours
- May 2006 Key Media Video Forensic Training 16 hours

- Aug 2006 LEVA Basic Video Forensic Analysis and the Law Training 40 hours through LEVA and the University of Indianapolis
- Nov 2006 Network Technologies and Packet Analysis through WAHTCIA  20 hours
- Dec 2006 Certified Ethical Hacker Training through WAHTCIA  60 hours of Ethical Hacking and Countermeasures v4
- Feb 2007 Digital Video and Adobe Photoshop training through Resolution Video Inc. 32 hours
- May 2007 LEVA Intermediate Forensic Video Analysis and the Law: Processing Digital Multimedia Evidence     40 hours through LEVA and the University of Indianapolis
- Dec 2007 Cybersecurity – Prevention, Deterrence, and Recovery though Homeland Security and Edmonds Community College 32 hours
- Dec 2007 MySpace Specialized Tools for Investigator's Class 8 hours through Inland Direct
- April of 2008 Digital Crimes Consortium 2008 35 hours through Microsoft Corporation
- June 2008 LEVA Photographic / Video Comparison  45 Hours through LEVA and the University of Indianapolis.
- June 2008 Advanced Law Enforcement Rapid Response Training 16 hours
- Dec 2008 Encase V6 Computer Forensics 2   32 hours through Guidance Software
- Sept 2009 Helix 3 Live Forensics and Incident Response 16 hours through E-fense
- October 2009 Digital Crimes Consortium 2009 35 hours through Microsoft Corporation
- March 2010 Image Scan 6 hours through the FBI Computer Analysis Response Team
- July 2010 Network Threats and Rootkits, VM-Ware and Forensic Practices  15 hours through Synerity Systems
- Nov 2010 Accessdata's FTK 3.2 Boot Camp.  21 hours
- Nov 2010 Accessdata's Internet Forensics.  21 hours.
- Dec 2010 Accessdata's Registry Forensics. 21 hours
- Dec 2010 Live Data Acquisition and Analysis Course 16 hours through BitSec Global Forensics.
- Dec 2010 Windows 7 Forensics Course 8 hours through BitSec Global Forensics.
- Jan 2011  Cellular Forensics and Data Recovery 16 hours through CellularForensics LLC.
- Jan 2011 Mobile Spyware Discovery and Eradication 8 hours through CellularForensics LLC.
- Feb 2011 Accessdata's Windows Forensic Vista.  21 hours
- March 2011 Accessdata's Windows 7 Forensics. 21 hours
- April 2011 Phone Repair and Chip Off Forensics. 40 hours
- April 2011 Accessdata's MAC Forensics. 21 hours
- May 2011 Internet Crimes Against Children Investigator's training. 36 hours
- May 2011 National Strategy Conference on Combating Child Exploitation. 21 hours
- June 2011 iOS Forensic Analysis and Lantern Training through Katana Forensics.  16 hours

- June 2011 SANS Advanced Computer Forensic Analysis and Incident Response. 36 hours.
- Sept 2011 SANS Mobile Device Forensics. 30 hours.
- Oct 2011 Cellebrite Universal Forensic Evidence Device Certification Training through Sumuri Forensics.  24 hours.
- April 2012 Accessdata's Internet Forensics.  21 hours
- April 2012 National Law Enforcement Training on Child Exploitation 24 hours
- July 2012 Guidance Software Encase Computer Forensics I Course for Version 7. 32 hours
- Aug 2012 24th Annual Crimes Against Children Conference 19.5 hours
- Sept 2012 Guidance Software Encase Computer Forensics II Course for Version 7.  32 hours
- Aug 2013 Crimes Against Children Conference 19.5
- Sept 2013 SANS Network Security Computer Forensic Investigations Windows In-Depth 36 hours
- Nov 2013 Katana Lantern Certification 24 hours
- Aug 2014 Crimes Against Children Conference 19.5