3/23/16

Dear Honorable Judge Dorsey:

I am not able to get in contact with my attorney for almost a year now and had no recourse but to contact you to help me file a motion or request a Marsden hearing to remove the attorney I have been appointed in my case.

Thank You

William Clyde Thompson

13-CR-368