# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:13-cr-00368-JAD-VCF |
| WILLIAM C. THOMPSON, | **ORDER** |
| Defendant. | |

Before the court is Defendant's Motion for Hearing to Evaluate Conditions of Incarceration (#64).

IT IS HEREBY ORDERED that any opposition to Defendant's Motion for Hearing to Evaluate Conditions of Incarceration (#64) must be filed on or before April 27, 2016.  No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant's Motion for Hearing to Evaluate Conditions of Incarceration (#64) is scheduled for 3:00 p.m., May 2, 2016, in courtroom 3D.

DATED this 18th day of April, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE