RENE L. VALLADARES
Federal Public Defender
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_weksler@fd.org

Attorney for William C. Thompson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMPSON ET. AL.,<br><br>　　　　　Defendant. | Case No. 2:13-cr-368-JAD-NJK<br><br>**AMENDED STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Ninth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for William C. Thompson, and John Patrick Dolan, counsel for David Yoder, that the Motion deadlines currently scheduled for September 9, 2016 be vacated and set to a date and time convenient to this court, but no sooner than sixty (60) days.

　　　　IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including November 9, 2016, to file any and all pretrial motions and notices of defense.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 23, 2016, to file any and all responsive pleadings.

　　　　IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including November 30, 2016, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1. The clients are in custody and do not oppose the continuance.

2. Counsel for the defendant David Yoder was recently appointed to the case and needs additional time to review and investigate the discovery in this case.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendants sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the ninth stipulation to continue trial filed herein.

DATED this 9th day of September, 2016.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By */s/ Brenda Weksler*<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | By */s/ Lisa Cartier-Giroux*<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

By */s/ William Gamage*
JOHN PATRICK DOLAN
WILLIAM H. GAMAGE Pro Hac Vice
1775 Village Center Cir, Ste 190
Las Vegas, NV 89134
PHONE (702) 386-9529
wgamage@gamagelaw.com
Attorney for David Yoder

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>THOMPSON, ET. AL.<br><br>         Defendant. | Case No. 2:13-cr-368-JAD-NJK<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The clients are in custody and do not oppose the continuance.

2. Counsel for the defendant David Yoder was recently appointed to the case and needs additional time to review and investigate the discovery in this case.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendants sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the eighth stipulation to continue trial filed herein.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, Title 18, United States Code, § 3161(h)(1)(D) and Title 18, United States Code, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have till November 9, 2016 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including November 23, 2016 to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including November 30, 2016 to file any and all replies.

DATED this 14th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE