1  RENE L. VALLADARES
   Federal Public Defender
2  HEIDI A. OJEDA
   Assistant Federal Public Defender
3  Nevada State Bar No. 12223
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Heidi_Ojeda@fd.org
6
7  Attorney for William C. Thompson

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,                 Case No. 2:13-cr-368-JAD-NJK

11           Plaintiff,

12      v.                                   **MOTION TO CONTINUE MOTION DEADLINES**

13 WILLIAM C. THOMPSON

14           Defendant.

15

16      COMES NOW defendant, William C. Thompson, by and through his attorney, Heidi A.
17 Ojeda, Assistant Federal Public Defender, and hereby submits this Motion to Continue Motion
18 Deadlines. It is requested that the defendant shall have to and including December 9, 2016 to file
19 any and all pretrial motions and notices of defense, that the Government shall have to and including
20 December 23, 2016 to file any and all responsive pleadings and that the defendant shall have to
21 and including December 30, 2016 to file any and all replies to dispositive motions.

22      The undersigned counsel posits that good cause exists to continue the motion deadlines
23 based upon the following:

24      1.   The client is in custody and does not oppose the continuance.

25      2.   Undersigned counsel for Mr. Thompson was just recently assigned to this case at
26 the end of September. CR# 87 Notice of Appearance.  Prior counsel, Ms. Weksler, is no longer
27 involved in this case.  Further, co-defendant, David Yoder, just recently made his appearance in

this case on September 1, 2016. CR# 75, Minutes of Proceedings. The other co-defendant has yet to make his initial appearance in this case and is currently serving an out of state sentence in California.

3. Mr. Thompson is facing a severe sentence (Count 1 alone carries a mandatory minimum sentence of 20 years). Trial in this matter is currently set for April 11, 2017. CR# 77. A brief, 30-day extension of the pre-trial motion deadlines will not affect the currently scheduled trial date. Counsel for David Yoder has no objection to the extension of the pre-trial motion deadlines. The Government, however, has indicated that they oppose any additional extension. For all these reasons, Mr. Thompson requests the Court extend the pre-trial motion deadlines in this case for an additional 30 days.

4. Denial of this request for continuance would deny counsel for the defense sufficient time to effectively and thoroughly prepare and submit appropriate pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 9th day of November, 2016.

> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
> By /s/ Heidi A. Ojeda _____
> HEIDI A. OJEDA
> Assistant Federal Public Defender
> Counsel for William C. Thompson

**IT IS SO ORDERED.**
DATED this 14th day of November, 2016.

_____
JENNIFER A. DORSEY, U.S. DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 9, 2016, she served an electronic copy of the above and foregoing **MOTION TO CONTINUE MOTION DEADLINES** by electronic service (ECF) to the person named below:

>       DANIEL BOGDEN
>       United States Attorney
>       LISA CARTIER-GIROUX
>       501 S. Las Vegas Blvd. Ste. 1100
>       Las Vegas, NV 89101

                                        */s/ Lauren Pullen*
                                        Employee of the Federal Public Defender