# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WILLIAM C. THOMPSON,

        Defendant.

2:13-cr-00368-JAD-VCF

**MINUTE ORDER**

Before the Court is Defendant William C. Thompson's Second Motion for Hearing to Evaluate Conditions of Incarceration. (ECF No. 98).

IT IS HEREBY ORDERED that a hearing on Defendant William C. Thompson's Second Motion for Hearing to Evaluate Conditions of Incarceration (ECF No. 98) is scheduled for 1:00 PM, April 27, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 5th day of April, 2017.

                                        _____
                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE