# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:13-cr-00368-JAD-VCF |
| WILLIAM C. THOMPSON, | **MINUTE ORDER** |
| Defendant. | |

Before the Court is Defendant William C. Thompson's Second Motion for Hearing to Evaluate Conditions of Incarceration. (ECF No. 98).

IT IS HEREBY ORDERED that the hearing on Defendant William C. Thompson's Second Motion for Hearing to Evaluate Conditions of Incarceration (ECF No. 98) scheduled for 1:00 PM, April 27, 2017, is **RESCHEDULED to 9:30 AM, April 27, 2017, in Courtroom 3D**.

The U.S. Marshal is directed to transport defendant to and from the hearing

DATED this 24th day of April, 2017.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE