RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Nevada State Bar No. 8124
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for William C. Thompson

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-368-JAD-NJK |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| WILLIAM C. THOMPSON, | |
| Defendant. | |

NOTICE is hereby given that Assistant Federal Public Defender, Brenda Weksler, will serve as counsel for the above-captioned defendant.

Counsel's address is as follows:
Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

DATED this 11th day of January, 2018.

RENE VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER,
Assistant Federal Public Defender

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on January 11, 2018, she served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>LISA CARTIER-GIROUX
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

>*/s/ Lauren Conklin*
>Employee of the Federal Public Defender