DAYLE ELIESON
United States Attorney
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00368-JAD-VCF |
| Plaintiff, | Stipulation to Continue Calendar Call and Trial Dates |
| vs. | |
| William C. Thompson, John David Yoder, and Eric Monsivais | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, and Ellie Roohani and Christopher Burton, Assistant United States Attorneys, counsel for the United States of America, and HEIDI OJEDA and BRENDA WEKSLER, representing Defendant WILLIAM C. THOMPSON, and JOHN DOLAN, representing Defendant JOHN DAVID YODER, that the calendar call currently scheduled for November 26, 2018, at 4:00 p.m., and the trial date currently scheduled for December 4, 2018, at 9:00 a.m., in the above-captioned matter, be vacated and continued to a date and time to be set by this Honorable Court but no sooner than

1

sixty days.[1]

This stipulation is entered into for the following reasons:

1.      The parties have entered into negotiations for a global resolution of federal cases involving Defendant Thompson in Nevada and Arizona. Government counsel needs additional time to secure necessary approvals from both districts to resolve the case short of trial.

2.      Defendant Monsivais still has not made his initial appearance in this district due to California's non-compliance with Court-issued writs.

3.      Counsel for the defendants need additional time to review discovery and prepare for trial should the case proceed to trial.

4.      The parties agree to the continuance.

5.      The defendants are currently detained pending trial but do not object to a continuance.

6.      Further, the additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively and completely investigate the discovery materials provided.

7.      Additionally, denial of this request for continuance could result in a miscarriage of justice.  The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

---

[1] Counsel for JOHN DAVID YODER represents he is set to start a death penalty trial in January 2019 and February 4 and 25 appear to be dates where he would most likely be available for the continued calendar call.

8.     This is the <u>seventeenth</u> stipulation to continue filed herein.

DATED this 26th day of November, 2018.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAYLE ELIESON |
|  | United States Attorney |
| //s// | //s// |
| HEIDI OJEDA | ELHAM ROOHANI |
| BRENDA WEKSLER | CHRISTOPHER BURTON |
| Counsel for Defendant | Assistant United States Attorneys |
| William C. Thompson |  |
|  |  |
| //s// |  |
| JOHN DOLAN |  |
| Counsel for Defendant |  |
| JOHN DAVID YODER |  |

1

2    # UNITED STATES DISTRICT COURT
3    # DISTRICT OF NEVADA
     -oOo-

4    UNITED STATES OF AMERICA,                    2:13-cr-00368-JAD-VCF

5                    Plaintiff,

6            vs.                                   **ORDER**

7    William C. Thompson,
8    John David Yoder, and
     Eric Monsivais

9                    Defendants.

10

11          Based on the pending Stipulation of counsel, and good cause appearing therefore,

12   the Court finds that:

13          1.    The parties have entered into negotiations for a global resolution of federal

14   cases involving Defendant Thompson in Nevada and Arizona. Government counsel needs

15   additional time to secure necessary approvals from both districts to resolve the case short

16   of trial.

17          2.    Defendant Monsivais still has not made his initial appearance in this

18   district due to California's non-compliance with Court-issued writs.

19          3.    Counsel for the defendants need additional time to review discovery and

20   prepare for trial should the case proceed to trial.

21          4.    The parties agree to the continuance.

22          5.    The defendants are currently detained pending trial but do not object to a

23   continuance.

24

                                            4

1    6.    Further, the additional time requested herein is not sought for purposes of

2  delay, but to allow counsel sufficient time within which to be able to effectively and

3  completely investigate the discovery materials provided.

4    7.    Additionally, denial of this request for continuance could result in a

5  miscarriage of justice.  The additional time requested by this Stipulation is excusable in

6  computing the time within which the trial herein must commence pursuant to the

7  Speedy Trial Act, Title 18, United States Cody, Section 3161(h)(7)(A), considering the

8  factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

9    8.    This is the <u>seventeenth</u> stipulation to continue filed herein.

10  For all of the above-stated reasons, the ends of justice would best be served by a

11  continuance of the preliminary hearing date.

## CONCLUSIONS OF LAW

13  The ends of justice served by granting said continuance outweigh the best interest

14  of the public and the defendant, since the failure to grant said continuance would be

15  likely to result in a miscarriage of justice, would deny the parties herein sufficient time

16  and the opportunity within which to be able to effectively and thoroughly prepare for

17  trial, taking into account the exercise of due diligence.

18  The continuance sought herein is excusable under the Speedy Trial Act, Title 18,

19  United States Code, Section 3161 (h)(7)(A), when considering the factors under Title 18,

20  United States Code, Section 3161(h)(7)(B)(i) and (iv).

## ORDER

23  IT IS ORDERED that trial briefs, proposed voir dire questions, proposed jury

2

instructions, and a list of proposed exhibits must be electronically submitted to the Court by the ____ day of _____, 2019.

IT IS FURTHER ORDERED that the calendar call currently scheduled for November 26, 2018, at the hour of 4:00 p.m., be vacated and continued to _____, 2019, at the hour of _____ am/pm; and the trial currently scheduled for December 4, 2018, at the hour of 9:00 a.m., be vacated and continued to _____, 2019, at the hour of _____ am/pm.

DATED ____ day of November, 2018.

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3