RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for William C. Thompson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-368-JAD-VCF |
| Plaintiff, | **LETTER IN SUPPORT OF DEFENDANT FOR SENTENCING** |
| v. | |
| WILLIAM C. THOMPSON, | |
| Defendant. | |

   COMES NOW, the Defendant William C. Thompson, by and through his attorney, Heidi A. Ojeda, Assistant Federal Public Defender, and hereby submits the attached letters (Exhibit A) in support of defendant for the sentencing hearing set on May 20, 2019 at 2:00pm.

   DATED this 16th day of May, 2019.

                              RENE L. VALLADARES
                              Federal Public Defender

                         By:  */s/ Heidi A. Ojeda*
                              HEIDI A. OJEDA
                              Assistant Federal Public Defender
                              Attorney for William C. Thompson

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 16, 2019, she served an electronic copy of the above and foregoing **LETTER IN SUPPORT OF DEFENDANT FOR SENTENCING** by electronic service (ECF) to the person named below:

> NICHOLAS A. TRUTANICH
> United States Attorney
> CHRISTOPHER BURTON
> Assistant United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

*/s/ Marlene Mercado*
Employee of the Federal Public Defender