# EXHIBIT "A"

# EXHIBIT "A"

May 6, 2019

Heidi A. Ojeda

411 E. Bonneville Ave.   Suite 250

Las Vegas, NV   89101

Dear Ms. Ojeda,

Allow me to introduce myself. I am Benita Thompson, mother of William Thompson #49718048, who is being held at NSDC Pahrump, NV awaiting his sentencing hearing.

I currently reside in Cheyenne, Wyoming and would like to be able to see my son and not have to travel extensively to do so. Being in my eighties and living on a limited income, his being close would make it possible for me to be able to visit him frequently.

It is my hope that the Court will see fit to grant my request to incarcerate William at the facility located in Englewood, Colorado. I have extended family in Colorado and they can be of assistance.

Thank you in advance for your help and I hope and pray for the Court's mercy.

Sincerely yours,

Benita D. Thompson