# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM C. THOMPSON,

    Defendant.

2:13-CR-368-JAD-VCF
3:15-CR-8082-SMM/2:19-CR-047-JAD-VCF

**Final Order of Forfeiture**

    The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2)and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by William C. Thompson to the criminal offenses, forfeiting the property set forth in the Binding Plea Agreement, the Bill of Particulars, the Forfeiture Allegations of the Superseding Criminal Indictment (Nevada), and the Forfeiture Allegation of the Redacted Indictment (Arizona) and shown by the United States to have the requisite nexus to the offenses to which William C. Thompson pled guilty. Superseding Criminal Indictment (Nevada), ECF No. 14; Bill of Particulars (Nevada), ECF No. 34; Change of Plea (Nevada), ECF No. 140; Binding Plea Agreement (Nevada), ECF No. 141; Redacted Indictment (Arizona), ECF No. 1; Change of Plea (Arizona), ECF No. 2; Binding Plea Agreement (Arizona), ECF No. 3.

    This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

    This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from August 21, 2019, through September 19, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, (Nevada) ECF No. 168, (Arizona) ECF No. 15.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Dell computer tower, model no. Vostro 400, serial no. D2CXRF1, containing a Seagate 1TB SATA hard drive, model no. ST1000DM003, serial no. S1D0MRJQ;
2. Hitachi 2TB external hard drive, model no. HT0LDNB20001BBB, serial no. F31G2NXD;
3. Western Digital 1TB hard drive, model no. WD10EADS, serial no. WCAV5M930266;
4. SanDisk card reader;
5. SanDisk 16GB compact flash card;
6. Panasonic video camera, model no. SDR-H85P, serial no. J01A18002;
7. Two micro video cassettes;
8. Proof of residence documents;
9. Compaq Presario laptop computer, model no. CQ57, serial no. 5CB2174R1P, containing a Seagate 320GB SATA hard drive, model no. ST9320325AS, serial no. 6VDFR10V;
10. Canon Mark II digital camera, serial no. 4252102526;

11. Emachines desktop computer, model no. EL1850, serial no. PTNBK02012040038589600, containing a 500GB SATA hard drive, model no. HDS721050CLA362, serial no. HE1BIMMT;

12. Gateway desktop computer, model no. DX4860-UB33P, serial no. PTGCPP200420400EF66300, containing a Western Digital 1TB SATA hard drive, model no. WD10EARX, serial no. WMC0T0032462;

13. Compaq Presario desktop computer, model no. SR5034X, serial no. MXX71406PP, containing a Samsung 160GB SATA hard drive, model no. HD160JJ/P, serial no. S0DFJ1GP107611;

14. Apple iPhone 4S, model no. A1387, serial no. CBPH20MGDTDW, IMEI no. 99000110136386, containing a Sprint mini SIM card, no. 8901010008831126638F;

15. 100 CDs and DVDs;

16. 13 CDs and DVDs;

17. Hitachi DVD Cam, serial no. 50320241;

18. Sony digital camera, model no. MVC-FD100, serial no. 500023, containing a 3.5 inch floppy diskette with 128MB of memory;

19. Kodak digital camera, model no. Easyshare Z710, serial no. KCXGG64336528;

20. Kodak digital camera, model no. Z981, serial no. KVYMN02061276;

21. Black HP laptop, model no. G6-2237US, serial no. 5CD2490UMC;

22. Toshiba Satellite C655D-S5209 laptop, serial no. 7B231863Q;

23. Toshiba Satellite C55D-A5304 laptop, serial no. YD280824Q;

24. Black Seagate Expansion Desktop drive, P/N 1D7AP3-500, serial no. NA4K688Y;

25. Apple iPhone in black case, model no. A1332;

26. Apple iPhone without a case, model no. A1387;

27. Black Samsung cellular flip phone, model SPH-M270;

28. Black digital Canon EOS camera, model no. DS126201, serial no. 3211600699;

29. Canon Rebel XSi camera, model no. DS126181, serial no. 0670215963, containing 2GB SD card;

30. Nikon D700 digital camera, serial no. 3114091, containing an 8GB SD card and a 16GB SD card;

31. Apple iPhone 4, FCC ID BCG-E2422A;

32. Apple iPhone 4S, FCC ID BCG-E2430A;

33. Toshiba external drive, serial no. 23EAPV0ZTRE8;

34. HP Pavilion Computer, serial no. 5CD249WMC;

35. Kodak 2GB SD card;

36. PNY 16GB SD Card;

37. 2 SanDisk 8GB SD Compact Flash cards;

38. Sandisk 8GB SD card;

39. iPhone, FCC ID: BCG-E23808;

40. Light on a tripod, brand name: Pepper;

41. Light on a tripod, 420W Pepper;

42. Photography reflector, gray/silver in color;

43. Studio Flash System, brand name: Elinchrom;

44. Rental application for Nolan Harper;

45. Two (2) lights, 100W Pepper;

46. Black canvas bag containing miscellaneous tripods and umbrellas;

47. Two (2) black photo reflectors;

48. Black canvas bag containing a tripod;

49. Boxed roll of photo backdrop paper - white;

50. Boxed roll of photo backdrop paper - turquoise;

51. Boxed roll of photo backdrop paper - white;

52. Boxed roll of photo backdrop paper - gray;

53. Boxed roll of photo backdrop paper - gray;

54. Boxed roll of photo backdrop paper - gray;

55. Press Talent and Management Development forms;

56. Black tripod;

57. Black tripod;

58. Black tripod;

59. Black tripod;

60. Black tripod, brand name: Monfrotto;

61. Black canvas bag containing lighting equipment, brand name: Britek;

62. Circuit City receipts;

63. Bag with tripod, brand name: Vanguard;

64. Two (2) photography lights, silver in color;

65. Black tub containing photography equipment;

66. Mobil light 300 JTL;

67. Five (5) tripod poles;

68. JTL Battery Pack; and

69. JTL Battery Pack

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: January 3, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE